IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BLAKE MCQUEEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3181

Opinion filed August 19, 2014.

An appeal from an order of the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Blake McQueen, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED. See Jordan v. State, 549 So. 2d 805 (Fla. 1st DCA 1989).

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.